■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WHITFIELD, Appellant.—

Evidence that defendant made contradictory statements to police was insufficient to prove to a moral certainty that defendant knew the property was stolen *(see, People v Rolland,* 128 AD2d 650). The People failed to request an instruction on the inference arising from the recent and exclusive possession of the fruits of a crime and thus, the jury could not consider the inference in arriving at its verdict *(People v Felder,* 132 AD2d 705; *People v Hunt,* 112 AD2d 781). In the absence of the inference, the proof was insufficient to establish that defendant knew the photography equipment was stolen, and the indictment must be dismissed *(see, People v Hunt, supra; People v Edwards,* 104 AD2d 448, 449). (Appeal from judgment of Supreme Court, Erie County, Egan, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.